IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE BREWER,** : | | |
| Plaintiff : | | |
| : | No. 1:22-cv-01973 | |
| v. : | | |
| : | (Judge Kane) | |
| **JUDGE SHOLLEY, et al.,** : | | |
| Defendants : | | |

## ORDER

**AND NOW**, on this 25th day of April 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's second amended complaint is **DISMISSED** without further leave to amend for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
